James WHITTENBERG, Plaintiff—
Appellant,

v.

Lieutenant L. ROLL, Defendant—
Appellee.

No. 07–16985.

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2009 *.

Filed April 3, 2009.

James Whittenberg, Vacaville, CA, pro se.

Barry Alves, Esquire, Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendant–Appellee.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

MEMORANDUM **

James Whittenberg, a California state prisoner, appeals pro se from the district court's summary judgment for defendant Roll in his 42 U.S.C. § 1983 action alleging that Roll retaliated and discriminated against him by reclassifying his prison job from a paid to an unpaid position. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Sorrels v. McKee,* 290 F.3d 965, 969 (9th Cir.2002), and we affirm.

The district court properly granted summary judgment because Whittenberg failed to raise a genuine issue of material fact as to whether Roll took an adverse retaliatory action against him, *see Rhodes v. Robinson,* 408 F.3d 559, 567–68 (9th Cir.2005) (holding that a prisoner alleging retaliation must show, *inter alia,* that a state actor took adverse action against him because of the prisoner's protected conduct), or had discriminatory intent, *see Keyser v. Sacramento City Unified Sch. Dist.,* 265 F.3d 741, 754 (9th Cir.2001) ("To avoid summary judgment [on an Equal Protection claim, a plaintiff] must produce evidence sufficient to permit a reasonable trier of fact to find by a preponderance of the evidence that the decision was racially motivated.").

The district court did not abuse its discretion in denying Whittenberg's motions for appointment of counsel. *See Wood v. Housewright,* 900 F.2d 1332, 1335–36 (9th Cir.1990) (finding no abuse of discretion where the "exceptional circumstances" warranting appointment of counsel were not present).

Whittenberg's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.